IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIS BAIRD,<br>No. K81582, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Case No. 15-cv-00261-MJR<br>) |
| SHAWN OCHS, | )<br>) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**REAGAN, Chief District Judge:**

On March 9, 2015, Plaintiff Baird, an inmate in the custody of the Illinois Department of Corrections, housed at Lawrence Correctional Center, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated April 2, 2014, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 8).

Plaintiff was directed to file a complaint by April 24, 2015 (Doc. 8). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, and that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g) (Doc. 8).

Plaintiff has not filed a complaint and the deadline for doing so has passed. In fact, the Court's Order was returned as "undeliverable" because Plaintiff has been discharged from prison (Doc. 9). The Illinois Department of Corrections' public website does not indicate that Baird is a current inmate (http://www.illinois.gov/idoc/OFFENDER/Pages/InmateSearch.aspx (last accessed May 20, 2015)). Plaintiff has failed to notify the Court of his change of address, as required (Doc. 10). Thus, it appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action.  Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g).  Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

**DATED: May 22, 2015**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**